**Mary L. JONES, Plaintiff in Error, v. YORK COUNTY, Nebraska, Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit. May 14, 1928.

No. 7927.

See, also, 26 F.(2d) 623.

C. F. Reavis, M. V. Beghtol, and I. S. Wagner, all of Lincoln, Neb., for plaintiff in error.

Charles F. Stroman and W. L. Kirkpatrick, both of York, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court.